UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3968 PA (JCx) | Date | May 20, 2020 |
|---|---|---|---|
| Title | Rebecca Castillo v. Fortune Foods Incorporated, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **IN CHAMBERS — COURT ORDER**

The Complaint filed in this action asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and a claim for damages pursuant to California's Unruh Act. Because the Court possesses only supplemental jurisdiction over the Unruh Act claim, the Court ordered plaintiff to show cause in writing why the Court should exercise supplemental jurisdiction over the Unruh Act claim asserted in the Complaint. See 28 U.S.C. § 1367(c). The Court has reviewed the Responses filed by plaintiff and plaintiff's counsel to the Court's Order to Show Cause.

According to the Complaint, Plaintiff is a blind person who requires screen-reading software to read website content using her computer. (Dkt. 1 ¶1.) Plaintiff brings this action against Defendant "for its failure to design, construct, maintain and operate its website . . . to be fully accessible to and independently usable by Plaintiff and other blind or visually-impaired people." (Id. at ¶2.) Plaintiff's Complaint contains no class allegations and Plaintiff has made no attempt to certify a class. Because this action involves allegations concerning the accessibility of a website, and therefore is not a construction-related accessibility claim, the Court hereby discharges the Order to Show Cause.

IT IS SO ORDERED.